FILED
JUL 18 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 2:07cr144-WKW |
| | ) | [18 USC 1029(a)(2)] |
| v. | ) | |
| | ) | |
| TIMOTHY GRANT JONES | ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1

Between on or about October 15, 2006, and November 2, 2006, in Montgomery County, within the Middle District of Alabama,

TIMOTHY GRANT JONES,

defendant herein, knowingly and with intent to defraud, did use one unauthorized access device, specifically an Advanta Bank Corporation Card Account No. xxxx-xxxx-xxxx-6168, in the name of another person, and by such conduct did obtain things of value aggregating $1,000.00, or more during a one year period, in violation of Title 18, United States Code, Section 1029(a)(2).

A TRUE BILL:

_/s/ Deputy_ _/s/ Maulgan Presley_
Foreperson

_/s/ Leura G. Canary_
LEURA G. CANARY
United States Attorney

_/s/ Tommie Brown Hardwick_
TOMMIE BROWN HARDWICK
Assistant United States Attorney