IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CASE NO. 2:07cr144-WKW |
| ) | |
| TIMOTHY GRANT JONES ) | |

**ORDER**

For good cause, it is

ORDERED that counsel for the Government and defendant **TIMOTHY GRANT JONES** shall appear for a final pretrial conference on January 11, 2008 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

It is further ordered that the Clerk of Court shall mail a copy of this order to attorney Andrew Skier.

DONE this 20th day of December, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE