IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07cr144-WKW |
| | ) | |
| TIMOTHY GRANT JONES | ) | |

## ORDER

For good cause, it is

ORDERED that pretrial conference currently set for January 18, 2008 at 9:00 a.m. be and is hereby *reset* for *January 22, 2008 at 9:00 a.m.* Counsel for the Government, Attorney Andrew Skier and defendant **TIMOTHY GRANT JONES** shall appear.

It is further ordered that defendant shall bring proof of income for the past year.

The Clerk of Court shall mail a copy of this order to attorney Andrew Skier and overnight express said order to named defendant. If defendant fails to appear for this hearing, a bench warrant will be issued for his arrest.

DONE this 18th day of January, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE