## IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| **Plaintiff,** | * |
| | * |
| VS. | *     CASE NO. 2:07 cr 144-WKW |
| | * |
| **TIMOTHY GRANT JONES** | * |
| **Defendant.** | |

### NOTICE OF APPEARANCE

Come now Andrew M. Skier, and hereby files this notice of appearance on behalf of the defendant in the above-styled cause.

Respectfully submitted this the 22 day of January 2008.

    s/ Andrew M. Skier
    ANDREW M. SKIER  (SKI013)
    PO Box 4100
    Montgomery, AL  36103-4100
    (334) 263-4105 (Voice)
    (334) 263-4766 (Fax)
    Email:  amskier@mindspring.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Hon. Tommie Brown Hardwick
Assistant US Attorney


 s/ Andrew M. Skier
ANDREW M. SKIER  (SKI013)
PO Box 4100
Montgomery, AL  36103-4100
(334) 263-4105 (Voice)
(334) 263-4766 (Fax)
Email:  amskier@mindspring.com