## IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| **Plaintiff,** | * |
| | * |
| **VS.** | *   CASE NO. 2:07 cr 144-WKW |
| | * |
| **TIMOTHY GRANT JONES** | * |
| **Defendant.** | |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the Defendant, Timothy Grant Jones, by and through counsel of record, and gives notice that he intends to change his plea from not guilty to guilty of the charges contained in the Indictment.

Respectfully submitted this the 29th day of January, 2008.

S/ Andrew M. Skier
ANDREW M. SKIER  (SKI013)
PO Box 4100
Montgomery, AL  36103-4100
(334) 263-4105 (Voice) (334) 263-4766 (Fax)
Email:  amskier@mindspring.com

### IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA
### FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **Plaintiff,** | * | |
| | * | |
| VS. | * | CASE NO. 2:07 cr 144-WKW |
| | * | |
| **TIMOTHY GRANT JONES** | * | |
| **Defendant.** | | |

### CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Hon. Tommie Brown Hardwick, Assistant US Attorney.

    S/ Andrew M. Skier
ANDREW M. SKIER  (SKI013)
PO Box 4100
Montgomery, AL  36103-4100
(334) 263-4105 (Voice) (334) 263-4766 (Fax)
Email:  amskier@mindspring.com