IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr144-WKW |
| | ) | |
| TIMOTHY GRANT JONES | ) | |

## UNITED STATES' MOTION TO WITHDRAW

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and respectfully requests that Assistant United States Attorney Tommie Brown Hardwick be allowed to withdraw from the above-styled case.

Respectfully submitted this the 7th day of April, 2008.

                                                      LEURA G. CANARY
                                                      UNITED STATES ATTORNEY

                                                      /s/Tommie Brown Hardwick
                                                      TOMMIE BROWN HARDWICK
                                                      131 Clayton Street
                                                      Montgomery, AL 36104
                                                      Phone: (334)223-7280
                                                      Fax: (334)223-7135
                                                      E-mail: tommie.hardwick@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr144-WKW |
| | ) | |
| TIMOTHY GRANT JONES | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Andrew Mark Skier, Esq.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: tommie.hardwick@usdoj.gov