IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:07cr144-WKW |
| | ) |
| TIMOTHY GRANT JONES | ) |

### UNITED STATES' MOTION TO WITHDRAW

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and respectfully requests that Assistant United States Attorney Tommie Brown Hardwick be allowed to withdraw from the above-styled case.

Respectfully submitted this the 7th day of April, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: tommie.hardwick@usdoj.gov

**MOTION GRANTED**

THIS _10_ DAY OF _April_, 20_08_

_____
UNITED STATES MAGISTRATE JUDGE