IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | 2:07cr144-WKW |
| vs. | ) CR. NO.: | 2:07cr280-MHT |
| | ) | |
| | ) | |
| TIMOTHY GRANT JONES | ) | |

## ORDER

For good cause, it is

ORDERED that a Pretrial Release Revocation Hearing for the defendant, Timothy Grant Jones, be and is hereby scheduled for April 28, 2008 at 2:30 p.m., in courtroom 5A, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is further

ORDERED that the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 28th day of April, 2008.

/s/ Wallace Capel, Jr.

WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE