IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | CR. NO. 2:07cr144-WKW |
| ) | 2:07cr280-MHT |
| TIMOTHY GRANT JONES ) | |

## ORDER ON MOTION

On April 28, 2008 the court conducted an evidentiary hearing on the petition to revoke the defendant's bond (filed April 23, 2008 in both cases). For reasons stated on the record, it is ORDERED that the petition is GRANTED and that the defendant's pretrial release be REVOKED pending his sentencing in case 2:07cr144-WKW and trial in 2:07cr280-MHT. Accordingly, it is ORDERED that the defendant be remanded to the United States Marshal pending further proceedings.

Done this 29th day of April, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE